```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47291
   RAY A MEADOR
   BRIDGET A MEADOR                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-4175      SSN XXX-XX-7866
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/10/05 and confirmed on 03/16/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 15137.01 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| MAZDA AMERICAN CREDIT | SECURED VEHIC | 3312.59 | 300.16 | 3312.59 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4495.92 | .00 | 4495.92 |
| COMED | UNSECURED | 1046.67 | .00 | 1046.67 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | 212.15 | .00 | 212.15 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1829.49 | .00 | 1829.49 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3312.59 | 194.00 | 7584.23 | .00 | 11090.82 |
| PRINCIPAL PAID | 3312.59 | 194.00 | 7584.23 | .00 | 11090.82 |
| INTEREST PAID | 300.16 | .00 | .00 | .00 | 300.16 |
| TOTAL PAID | 3612.75 | 194.00 | 7584.23 | .00 | 11390.98 |

The Debtor's attorney, JOHN C DENT                  , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     603.24 .

Refunds to the Debtor totaled $     442.79 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 11/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
           CASE NO. 05 B 47291 RAY A MEADOR & BRIDGET A MEADOR